IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR RENAISSANCE HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-3,

    Plaintiff,

v.                                                     CIV No. 24-CV-490

MICHAEL ANNABI, PERLA ANNABI, NATIONSBANC MORTGAGE CORPORATION, CAPITAL ONE BANK (USA), N.A., NPG OF TEXAS, L.P.D/B/A KVIA TV-7, UNITED STATES DEPARTMENT OF JUSTICE, DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE, SUNNY RIDGE HOMEOWNERS ASSOCIATION INC., A NEW MEXICO NONPROFIT CORPORATION AND CROSS RIVER BANK C/O SUNLIGHT FINANCIAL,

    Defendants.

## **NOTICE OF DISMISSAL**

Plaintiff hereby dismisses its Complaint without prejudice pursuant to Fed. R. Civ. P. 41.

                                               ROSE RAMIREZ & ASSOCIATES, P.C.

                                               By */s/ Eraina M. Edwards*
                                                  ERAINA M. EDWARDS
                                                  Attorneys for Plaintiff
                                                  7430 Washington Street, NE
                                                  Albuquerque, NM 87109
                                                  Telephone: (505) 833-3036
                                                  Facsimile: (505) 833-3040
                                                  E-mail: Eraina.Edwards@RRAfirm.com